No. 218. J. FRED KATZMAIER, TRUSTEE IN BANKRUPTCY OF HARMON BROS., APPELLANT, *v.* MUNSEY TRUST COMPANY, RECEIVER; ILLINOIS SURETY COMPANY, AND WILLIAM G. MCADOO, SECRETARY OF THE TREASURY.

Appeal from the Supreme Court of the District of Columbia. Motion to dismiss or affirm submitted January 8, 1917. Decided January 15, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Coder* v. *Arts*, 213 U. S. 223, 234–235; *Tefft, Weller & Co.* v. *Munsuri*, 222 U. S. 114, 118 *et seq.; James* v. *Stone & Company*, 227 U. S. 410; *Swift & Co.* v. *Hoover, ante,* 107. *Mr. Mortimer C. Rhone* for the appellant. *The Attorney General, Mr. Assistant Attorney General Warren* and *Mr. Bynum E. Hinton* for the appellees.